JOSEPH P. RUSSONIELLO (CA SBN 44332)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5082
   claire.cormier@usdoj.gov

Attorneys for Defendant

*E-FILED - 2/12/09*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS F. CARLSON, | ) No. C-03-4113 RMW |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING CASE |
| v. | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| Defendant. | ) |

    The parties to this action hereby STIPULATE AND AGREE that the above-referenced action against the United States Postal Service is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a). The parties further agree that the United States Postal Service will promptly pay to plaintiff, Douglas Carlson, costs in the amount of $423.09.

Respectfully submitted,

DATED: January 26, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

_/s/ Claire Cormier_
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: January 22, 2009

_/s/ Douglas Carlson_
DOUGLAS F. CARLSON
Plaintiff

No. C-03-04113 RMW
Stipulation and ~~Proposed~~ Order of Dismissal

Page 1

## [~~PROPOSED~~] ORDER

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT the United States Postal Service shall promptly pay to plaintiff Douglas Carlson costs in the amount of $423.09. IT IS FURTHER ORDERED THAT this case is hereby dismissed with prejudice.

Dated: __2/12__, 2009   
_____
Ronald M. Whyte
United States District Court Judge

No. C-03-04113 RMW
Stipulation and [~~Proposed~~] XXXX Order of Dismissal                                                              Page 2